

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-84,716-01

### IN RE GEORGE BELL MCINTYRE, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. P-3166-112-CR IN THE 112TH DISTRICT COURT
### FROM PECOS COUNTY

*Per curiam.*

## O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, Relator contends that he filed an application for a writ of habeas corpus in the 112th District Court of Pecos County and that the application has not been timely forwarded to this Court. *See* TEX. R. APP. PROC. 73.4(b)(5).

Respondent, the District Clerk of Pecos County, is ordered to file a response, which may be made by submitting the record on such habeas corpus application, submitting proof of the date of receipt by the State showing 180 days has not yet elapsed, or stating that Relator has not filed an application for a writ of habeas corpus in Pecos County. This application for leave to file a writ of

mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such

response shall be submitted within 30 days of the date of this order.

Filed: April 27, 2016
Do not publish